**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLEDAD ALAVARDO-CEBALLOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 1:20-cv-00091-DAD-EPG<br><br>**ORDER ON STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 12) |

**ORDER**

Pursuant to the Stipulation for Extension to Respond to Plaintiff's Complaint ("Stipulation"), IT IS HEREBY ORDERED that:

(1) The Stipulation is granted as set forth below;

(2) Defendant Capital One Bank (USA), N.A. shall have up to and including May 21, 2020 to file its response to Plaintiff Soledad Alavardo-Ceballos's Complaint.

IT IS SO ORDERED.

    Dated:   **April 23, 2020**                              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1