UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLEDAD ALVARDO-CEBALLOS,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, et al.,<br><br>  Defendants. | Case No.  1:20-CV-00091-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA) WITHOUT PREJUDICE<br><br>(ECF No. 14) |

On April 27, 2020, Plaintiff Soldedad Alavardo-Ceballos filed a notice of voluntary dismissal of Defendant Capital One Bank (USA), National Association ("Capital One"). (ECF No. 14). Defendant Capital One has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case solely with respect to Capital One has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant Capital One Bank (USA), National Association has been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated:   **April 28, 2020**                          /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

1