UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLDEDAD ALVARADO-CEBALLOS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | No.  1:20-cv-00091-DAD-EPG<br><br>ORDER TO FILE DISMISSAL DOCUMENTS OR MOTION FOR EXTENSION OF TIME |

On October 15, 2020, Plaintiff Soledad Alvarado-Ceballos filed a notice of settlement, indicating Plaintiff had reached a settlement with the remaining defendant in this action, Equifax Information Services, LLC. (ECF No. 18). The notice stated that the parties intended to file dismissal documents after Equifax completed "certain future performances[.]" (*Id.*).

The following day, the Court ordered that the parties file dismissal documents by December 18, 2020, (ECF No. 19), which was six-weeks beyond the normal 21-day deadline established by Local Rule 160(b). That deadline has passed, and no dismissal documents have been filed, nor has any party sought an extension of time.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that within seven (7) days, the parties shall file either dismissal documents or a motion for an extension of time explaining why there is good cause to grant such an extension. If the parties fail to comply with this order, the Court may issue an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

Dated:   **January 6, 2021**          /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE